IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00818-BNB

RICHIE A. HILL,

    Plaintiff,

v.

B.O.P.,
SO/ HUMPHRIES, and
LT. P. SCHAFFER,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER TO CURE DEFICIENCIES

    Plaintiff, Richie A. Hill, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Mr. Hill initiated this action by filing *pro se* in the United States District Court for the Southern District of Illinois a complaint. In an order filed on April 17, 2007, the Southern District of Illinois directed that the complaint be transferred to this court for a determination of whether Mr. Hill should be allowed to proceed *in forma pauperis* and such further proceedings that this court deems appropriate.

    The court has reviewed Mr. Hill's complaint and finds that the complaint is deficient because it is not filed on the proper form approved for use by prisoners in this court. In addition, Mr. Hill must either pay the $350.00 filing fee or file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Hill will be directed to cure these deficiencies if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Hill cure the deficiencies identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Hill, together with a copy of this order, two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Hill fails to cure the deficiencies identified in this order within the time allowed, the action will be dismissed without further notice.

DATED April 26, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00818-BNB

Richie A. Hill
Reg. No. 20689-018
USP - Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 4/26/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk